DAVID L. MACDONNELL, Judgment Creditor, Appellant, v. OLIVETTE CARTIER, Judgment Debtor. MASSACHUSETTS MUTUAL LIFE INSURANCE Co., Third Party, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LOUIS BLAUSTEIN and Others, Respondents, v. PAN AMERICAN PETROLEUM & TRANSPORT COMPANY and Others, Appellants, Impleaded with Others.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order, upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

In the Matter of ABRAHAM C. BERMAN, an Attorney.— Motion denied. Present — Martin, P. J., O'Malley, Dore and Cohn, JJ.

In the Matter of HENRY MITTLER, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

In the Matter of the Petition of EUGENE L. PARODI.— Motion denied. Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application of WILLIAM A. SCHACHT for an Order Directing that Testimony of One JULIAN E. DIEZ be Taken by a Referee and for Other Relief. Motion denied.— Present — Martin, P. J., O'Malley, Glennon, Dore and Cohn, JJ.

In the Matter of the Application of HAROLD SPIELBERG.— Motion to confirm referee's report granted and petitioner's motion denied.— No opinion. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of ATTILIO DE CICCO, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of MAX REBACH, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of HERBERT S. VOGEL, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of FRANCIS P. ROSE, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Comissioner of the Police Department of the City of New York. In the Matter of the Application of WILLIAM J. GORMAN, for an Order of Certiorari against LEWIS J. VALENTINE, as Police Commissioner of the Police Department of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of ELMER C. HANSEN and Others v. JAMES E. FINEGAN, President, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

SIBERIAN FUR & FLAX Co., LTD., v. IRVING TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.